IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAPONZO M. DALLAS,

              Plaintiff,

    v.

JAN GAMBLE and BILL McCREEDY,

              Defendant.

ORDER

00-C-0087-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAPONZO MONROE DALLAS,

              Plaintiff,

    v.

RYAN BARTON,

              Defendants.

ORDER

04-cv-374-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAPONZO MONROE DALLAS,

              Plaintiff,

    v.

THE COUNTY OF MILWAUKEE
and DAVID CLARKE,

              Defendants.

ORDER

16-cv-720-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAPONZO MONROE DALLAS,

              Plaintiff,

ORDER

v.

KAREN HORTON, BRANDON DECKER,
JANE AND JOHN DOES, RICHARDS, SHERIFF,
U.W. HOSPITAL, MARK REICHELDERFER, M.D.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Laponzo Dallas has filed a motion in two closed cases, 00-C-0087-bbc, 04-cv-374-bbc, and a case that was transferred to the Eastern District of Wisconsin, 16-cv-720-bbc, requesting the court to reconsider the three strikes assessed against him under 28 U.S.C. § 1915(g) and transfer him to a different institution. (He is currently incarcerated at the Milwaukee County jail.) The motion will be denied. As I have explained to plaintiff repeatedly, I will not consider requests for relief filed in cases that have been closed for years or transferred to a different court. The court will consider no further motions filed by plaintiff in these cases.

      Plaintiff also filed a new case, 17-cv-870-bbc, in which he alleges he is being denied treatment for a serious stomach condition. However, plaintiff's allegations and claims are essentially the same as those at issue in the 16-cv-720 case that was transferred to the Eastern District of Wisconsin. Even plaintiff acknowledges that he has attempted to raise some of these issues in the transferred lawsuit. To the extent plaintiff seeks to add additional claims to his Eastern District case, he must seek leave to do so from that court. This court will consider no further documents from plaintiff related to treatment of his stomach condition at the Milwaukee County jail.

ORDER

IT IS ORDERED that

1. Plaintiff Laponzo Dallas's motion for reconsideration of the three strikes orders and for a transfer, dkt.#20 (in case no. 00-cv-87-bbc), dkt. #10 (in case no. 04-cv-374-bbc) and dkt. #59 (in case no. 16-cv-720-bbc) is DENIED. The court will consider no further filings from plaintiff in these cases.

2. Plaintiff is DENIED leave to proceed on any claim in 17-cv-870-bbc. The clerk of court is directed to close that case.

Entered this 27th day of December, 2017.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge